**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CAROL MUSZIK,

    Plaintiff,

v.                                              Case No: 8:22-cv-2387-CEH-SPF

TOWN OF REDINGTON SHORES,
FLORIDA and MARYBETH
HENDERSON,

    Defendants.
_____

## ORDER

This matter is before the Court on consideration of Plaintiff's Unopposed Motion to Enter Final Judgment (Doc. 66). On February 13, 2025, the parties advised the Court that they had reached a settlement of all claims. *See* Docs. 62, 63, 65. Specifically, Plaintiff explained that she had accepted Defendant Town of Redington Shores, Florida's offer of judgment. Doc. 63. Pursuant to Fed. R. Civ. P. 68(a), she asks the Court to direct the clerk to enter judgment against Defendant. Doc. 66.

Fed. R. Civ. P. 68(a) provides:

> **(a) Making an Offer; Judgment on an Accepted Offer.** At least 14 days before the date set for trial, a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms, with the costs then accrued. If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment.

Fed. R. Civ. P. 68(a).

Accordingly, the Court will direct the Clerk to enter judgment pursuant to the Defendant's offer, which Plaintiff has accepted. It is **ORDERED**:

1. Plaintiff's Unopposed Motion to Enter Final Judgment (Doc. 66) is GRANTED.

2. The Clerk is directed to enter Judgment in favor of Plaintiff Carol Muszik and against Defendant Town of Redington Shores, Florida, as to Count II of the Complaint (Doc. 1), in the amount of $300,000. This amount expressly includes all asserted damages and all claims for costs and attorney fees.

3. Pursuant to this Court's Order dated May 20, 2024 (Doc. 42), the Clerk is further directed to enter Judgment in favor of Defendant Mary Beth Henderson and against Plaintiff Carol Muszik as to Count I of the Complaint.

4. The Clerk is further directed to terminate any pending motions and deadlines and CLOSE this case.

**DONE** and **ORDERED** in Tampa, Florida on March 14, 2025.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record; Unrepresented Parties